**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PAULY, MICHAEL A. | ) | |
| | ) | CASE NO. 06-12382 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

<u>**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**</u>

To the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:      Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432
>
> on:      **January 4, 2008**
> at:       **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 5,022.80 |
| b. Disbursements | $ | 4.09 |
| c. Net Cash Available for Distribution | $ | 5,018.71 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses |
|---|---|---|---|---|---|---|
| Bradley J. Waller, Trustee | $ | | $ | 1,252.28 | $ | 166.59 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6.      Claims of general unsecured creditors totaling $70,444.10, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 5.11%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ | 13,662.05 | $ | 698.16 |
| 2 | Chase Bank USA, N.A. | $ | 20,377.31 | $ | 1,041.32 |
| 3 | Michael and Catherine Pauly | $ | 25,000.00 | $ | 1,277.55 |
| 4 | Citibank (South Dakota) N.A. | $ | 11,404.74 | $ | 582.81 |

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:
        a.      Town home
        b.      Cash on Hand
        c.      Checking Account-Prairie Bank & Trust
        d.      Checking Account-Rocky Mountain Bank and Trust
        e.      Joliet Credit Union
        f.      Household Goods
        g.      Wearing Apparel
        h.      Hobby Equipment
        i.      Police Pension Plan
        j.      ½ Interest in Tax Refund
        k.      Loss of Consortium Related to PI
        l.      2007 Toyota Corolla

Dated:    **November 28, 2007**                   For the Court,


                                            By:   **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the United States Bankruptcy Court
                                                  219 S. Dearborn Street, 7th Floor
                                                  Chicago, IL  60604

```
BAE SYSTEMS                CERTIFICATE  OF  SERVICE
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514


District/off: 0752-1            User: amcc7              Page 1 of 1              Date Rcvd: Nov 28, 2007
Case: 06-12382                 Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Nov 30, 2007.
db          +Michael A. Pauly,   4056 Hennepin Dr.,   Joliet, IL 60431-8806
aty         +Robert N Honig,   276 N. Addison Ave.,   Elmhurst, IL 60126-2723
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10939725    +Baker, Miller, et. al,   29 N. Wacker Dr.,   5th Floor,   Chicago, IL 60606-2854
10939726     Capital One,   P.O. Box 85520,   Internal Zip 12030-163,   Richmond, VA 23285-5520
10939727     Chase Bank USA,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11055509    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11161839     Citibank ( South Dakota ) N.A.,   Exception Payment Processing,   P.O.   Box 6305,
              The Lakes, NV  88901-6305
10939728     Citibank South Dakota,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
10939729    +City of Joliet Mun Empl. Credit Un,   818 E. Cass Ave.,   Joliet, IL 60432-3039
10939730    +Countrywide Home Loans,   P.O. Box 650070,   Dallas, TX 75265-0070
10939734    +Mary Zander,   15724 - 143rd St.,   Homer Glen, IL 60491-8556
10939732    +Michael and Catherine Pauly,   15724 - 143rd St.,   Homer Glen, IL 60491-8556
10939733    +Prairie Bank and Trust,   2320 S. Route 59,   Plainfield, IL 60586-7756

The following entities were served by electronic transmission on Nov 29, 2007.
10939731     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2007 05:00:22     Discover Card,   12 Reads Way,
              New Castle, DE 19720-1649
11030564    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2007 05:00:22
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
                                                                    TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2007**                    **Signature:**    *Joseph Speetjens*